UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward David Stahlmann, | Case No. 18-cv-3130 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ramsey County Community Corrections, Ramsey County Sheriff's Office, Ramsey County Adult Detention Center, and Ramsey County, | |
| Defendants. | |

This matter is before the Court on the April 9, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 11.) Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 9, 2019 R&R, (Dkt. 11), is **ADOPTED**;

2. The motion of Defendants Ramsey County Community Corrections, Ramsey County Sheriff's Office, Ramsey County, and Ramsey County Adult Detention Center to dismiss Plaintiff Edward David Stahlmann's complaint, (Dkt. 2), is **GRANTED**;

3. The complaint of Plaintiff Edward David Stahlmann, (Dkt. 1-1), is **DISMISSED WITH PREJUDICE** as against Defendants Ramsey County Community Corrections, Ramsey County Sheriff's Office, and Ramsey County Adult Detention Center; and

4. The complaint of Plaintiff Edward David Stahlmann, (Dkt. 1-1), is **DISMISSED WITHOUT PREJUDICE** as against Defendant Ramsey County.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 21, 2019                                             s/Wilhelmina M. Wright
                                                                                    Wilhelmina M. Wright
                                                                                     United States District Judge